PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

### for

## NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE

JUL 2 2 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

U. S. A. vs. William C. Sherrell

Docket No. 1:05-CR-296-CAP

## PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
## WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Robyn W. Smith PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of William C. Sherrell who was placed on supervision for the offense of Possession with Intent to Distribute Cocaine Base, 21 U.S.C. § 841 (a)(1), by the Honorable Alan N. Bloch sitting in the court at Pittsburgh, on the 22nd day of April, 1994 who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

**Jurisdiction transferred to the Northern District of Georgia effective June 22, 2005.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On May 6, 2005, the defendant committed the offense of Family Violence Battery in Gwinnett County, Georgia.

Special condition: The defendant violated the terms of his Alcohol/Drug Compliance Contract in that he consumed alcohol on several occasions between December 2004 and May 2005.

PRAYING THAT THE COURT WILL ORDER a warrant issued for said William C. Sherrell and that William C. Sherrell be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

ORDER OF COURT

Considered and ordered this ___15___ day of
_____, 2005
and ordered filed and made a part of the records

in the above case.

_____
Honorable Charles A. Pannell
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

_____
Robyn W. Smith
Sr. U. S. Probation Officer

Place:    Atlanta, Georgia

Date:    July 11, 2005

_____
Thomas W. Bishop
Supv. U. S. Probation Officer