CRIMINAL

    MINUTE

        SHEET

DATE: December 1, 2005                          Atlanta DIVISION

HONORABLE CHARLES A. PANNELL, JR., PRESIDING    TIME: 10 min

CASE NO.: 1:05-CR-296-CAP             DEFENDANT: William C. Sherrell

AUSA: Candie Howard                  ATTORNEY: Suzanne Hashimi

DEPUTY CLERK: Regena Martin           COURT REPORTER: Martha Frutchey

PROBATION / SUPERVISED RELEASE REVOCATION:

| | | |
|---|---|---|
| ____ | - | DEFENDANT NOT APPEARING, BENCH WARRANT ISSUED |
| ____ | - | PROBATION REVOCATION HEARING HELD |
| X | - | SUPERVISED RELEASE REVOCATION HEARING HELD |
| X | - | DFT ADMITS ALLEGATIONS SET FORTH IN PETITION TO REVOKE |
| ____ | - | DFT DENIES ALLEGATIONS SET FORTH IN PETITION TO REVOKE |
| ____ | - | COURT FINDS DFT HAS VIOLATED PROBATION |
| X | - | COURT FINDS DFT HAS VIOLATED SUPERVISED RELEASE |
| ____ | - | COURT FINDS DFT HAS NOT VIOLATED PROBATION |
| ____ | - | COURT FINDS DFT HAS NOT VIOLATED SUPERVISED RELEASE |
| ____ | - | DFT CONTINUED ON PROBATION |
| ____ | - | DFT CONTINUED ON SUPERVISED RELEASE |
| X | - | JUDGMENT ( ) REINSTATING ( ) MODIFYING ( ) REVOKING SUPERVISED RELEASE / PROBATION ( X ) |

CBOP for 11 mos. w/no supervised release to follow.      .