UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

        v.

WILLIAM C. SHERRELL,

        Defendant.

CRIMINAL ACTION
NO. 1:05-CR-296-CAP

## ORDER/JUDGMENT

On this 1st day of December, 2005, came the attorney for the government and the defendant appeared in person and with counsel, Suzanne Hashimi.

A probation officer of this court having moved the court to revoke the supervised release heretofore granted the defendant on April 22, 1994, for the period of five (5) years, and the defendant having admitted that he violated the terms and conditions of his supervised release, it is,

ORDERED BY THE COURT that the supervised release be revoked, and IT IS ADJUDGED that the defendant, having been found guilty of said offense, is hereby Committed to the custody of the Bureau of Prisons for a period of Eleven (11) months with no supervised release to follow.  The Court recommends that the defendant be in incarcerated in a facility as close to Atlanta, Georgia as possible.

The defendant is remanded to the custody of the United States Marshal. IT IS ORDERED that the Clerk deliver a certified copy of this order and judgment to the United States Marshal or other qualified officer.

SO ORDERED, this __2nd__ day of December, 2005.


s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge